# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

CASE NUMBER: 3:12CV-3-S

Mary G. Som _____ PLAINTIFF(S)

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 03 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

v.

International School of Ministry _____ DEFENDANT(S)

MOTION FOR Notifying Defendants of the Suit against them
[state what you want the Court to do]

I, Mary Ann Som, the ☐ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order Stop Fraudulent life-threatening program called International School of Ministry
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

This case stems from another suit Versus M.A.I & Associates Bd of Directors Mediation. This company works like a chameleon they pop up oftentimes from a viewpoint of Cross-continental reprisal like on a Ufo-transmittal upon me. It is not safe, impinges on invasion of privacy and other distortions of my very words & ideas.

My person & property has been violated with use of telecommunication.

They are also stalking me at Elizabethtown Ortheopedic, Dr Siddiqui, Dr Z. Ahmed's and further into Louisville at St Mary & Eliz. Hospital as of Dec. 28th, 2011. Wednesday There was notice of faint presence of knowing about my upcoming Surgery. Again privacy defended.

I will consider lowering this suit to 10,000,000.00 instead of 100,000,000.00. They are dangerous group's that reproduce their employees and alter folks identity - I suspect they are Taliban.

Joyce Myers Ministry is so effective, we have heard rumors she wants to make war against me. I will turn this over to also FBI for further criminal defray.

General Motion Form
For Use By Pro Se Litigants
Rev. 10/10

_____
_____
_____
_____
_____
_____
_____
_____
_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 26 day of Dec, 2011

Signed: _Mary A. Isom_ [your signature]

Print your name: Mary Ann Isom

[For use if you are a prisoner:] Not Apply None A

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

Signed:_____
[your signature]

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above _____ was served upon
[name of document]

_____ by _____ at _____
[name of opposing party or counsel]   [mail or hand-delivery]        [address]

_____ on _____.
                                [date]

Signed:_____
[your signature]



LOUISVILLE KY 400
31 DEC 2011 PM 3 L

U.S. District Court
601 Broadway
Louisville, Ky 40202

Bos Pin Our
Court
Stormy Ky 4270

12 JAN -3 PM 1:52

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY